# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA HALFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>VOLVO CARS OF NORTH AMERICA; NIELLO VOLVO OF SACRAMENTO; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No.: 2:23-cv-02459-DJC-SCR<br><br>District Judge: Daniel J. Calabretta<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL** |

## ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL

Upon the Request of the Plaintiffs to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Dated:  March 28, 2025         /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE